1 | THOMAS E. ALBORG (State Bar No. 056425)
MICHAEL J. VEILUVA (State Bar No. 100419)
2 | MARK D. EPSTEIN (State Bar No. 168221)
ALBORG, VEILUVA & EPSTEIN LLP
3 | 200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
4 | Telephone: (925) 939-9880
Facsimile: (925) 939-9915

5

6 | STEVEN C. BECHTEL
MURRAY & MURRAY
A Legal Professional Corporation
7 | 111 East Shoreline Drive
Sandusky, OH 44871-0019
8 | Telephone:  (419) 624-3000
Facsimile: (419) 624-0707

9

10 | Attorneys for Defendants
THORWORKS INDUSTRIES, INC.,
and DAVID L. THORSON

11

12 | UNITED STATES DISTRICT COURT

13 | EASTERN DISTRICT OF CALIFORNIA

14 | SACRAMENTO DIVISION

15

16 | JAMES T. TURNER, an individual, CHERYL
A. TURNER; an individual; ANN THOMAS
17 | INDUSTRIES, LLC; a California Limited
Liability Company; and ANN THOMAS
18 | INDUSTRIES, INC. a California corporation,

Case No. 2:05-CV-02653-WBS-KJM

**STIPULATION TO EXTEND
DEFENDANTS' DEADLINE TO
ANSWER THE COMPLAINT; ORDER
THEREON**

19 | Plaintiffs,

_____/

20 | vs.

The Honorable William B. Shubb, Presiding

21 | THORWORKS INDUSTRIES, INC., f/k/a
SEALMASTER INDUSTRIES, INC., a
22 | Minnesota corporation; DAVID L. THORSON,
an individual; and Does 1-25 inclusive,

23

24 | Defendants.

_____/

25

26 |    Pursuant to Local Rules 6-144(a) and 83-143, plaintiffs JAMES T. TURNER, CHERYL

A. TURNER, ANN THOMAS INDUSTRIES, LLC, and ANN THOMAS INDUSTRIES, INC.

27 | (collectively "Plaintiffs") and defendants THORWORKS INDUSTRIES, INC. and DAVID L.

28

1  THORSON (collectively "Defendants") HEREBY STIPULATE AND AGREE, through their

2  respective counsel of record, as follows:

3         Defendants' statutory ten-day deadline in which to file an answer to Plaintiffs' compliant,

4  following entry of the Court's March 28, 2006 Order Regarding Defendants' Motion to

5  Dismiss/Transfer Venue, or to Stay Action Pending Arbitration, is extended for one week, from

6  April 7, 2006 to April 14, 2006.

7

8  DATED: March 31, 2006              SHAPIRO BUCHMAN PROVINE & PATTON LLP

9

10                                    By:___/s/_____
                                            JOHN H. PATTON
11                                    Attorneys for Plaintiffs JAMES T. TURNER,
                                      CHERYL A. TURNER, ANN THOMAS
12                                    INDUSTRIES, LLC, and ANN THOMAS
                                      INDUSTRIES, INC.
13

14  DATED: March 31, 2006              ALBORG, VEILUVA & EPSTEIN, LLP

15

16

17                                    By:___/s/_____
                                            MARK D. EPSTEIN
18                                    Attorneys for Defendants THORWORKS
                                      INDUSTRIES, INC. and DAVID L. THORSON

19

20

21                       ORDER APPROVING STIPULATION

22         IT IS SO ORDERED.

23

24  DATED:  April 4, 2006

25

26

27  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

28