W. Patrick Murray
Steven C. Bechtel
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, OH  44870
Telephone:     (419) 624-3000
Facsimile:      (419) 624-0707

Thomas E. Alborg (State Bar No. 056425
Michael J. Veiluva (State Bar No. 100419)
Mark D. Epstein (State Bar No. 168221)
ALBOR, VEILUVA & EPSTEIN LLP
200 Pringle  Avenue, Suite 410
Walnut Creek, CA  94596
Telephone:  (925) 939-9880
Facsimile:   (925) 939-9915

Attorneys for Defendants THORWORKS
INDUSTRIES, INC. and DAVID L. THORSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JAMES T. TURNER, an individual; CHERYL A. TURNER, an individual; ANN THOMAS INDUSTRIES, LLC; a California limited liability company; ANN THOMAS INDUSTRIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THORWORKS INDUSTRIES, INC. f/k/a SEALMASTER INDUSTRIES, INC., a Minnesota corporation; DAVID L. THORSON, an individual; and DOES 1-25, INCLUSIVE,<br><br>Defendants. | No. 2:05-CV-02653-WBS-KJM<br><br><br><br><br><br>**STIPULATED ENTRY OF DISMISSAL** |

PDF created with pdfFactory trial version www.pdffactory.com

The parties to this matter have amicably resolved the issues in dispute between them. Each party is to bear their own costs. However, there is time needed for full performance of mutual obligations per the terms of the settlement, which performance is to be consummated by on or before July 1, 2007. The parties have agreed to dismiss this matter but leave the case open until July 13, 2007 for the sole purpose of enforcing the terms of the settlement and to confer jurisdiction upon this court in the event court intervention is necessary to enforce the parties' written settlement agreement.

It is therefore the order and judgment of this Court that this matter is dismissed, but the case is to remain open until July 13, 2007 for the sole purpose of enforcing the terms of the settlement reached by the parties. All existing trial, conference and other dates are hereby vacated. If no further action is taken on or before July 13, 2007, the case will be dismissed with prejudice and terminated.

IT IS SO ORDERED.

May 31, 2006

APPROVED:

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/s/  John H. Patton_____
John H. Patton
Counsel for Plaintiffs


/s/ Steven C. Bechtel_____
W. Patrick Murray
Steven C. Bechtel


/s/ Mark D. Epstein_____
Mark D. Epstein
Counsel for Defendants

PDF created with pdfFactory trial version www.pdffactory.com